## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 12-58583 |
| **BEVERLY ANN THOMAS** | : | CHAPTER 13 |
| **DEBTOR** | : | JUDGE PRESTON |

### AMENDED OBJECTION TO CLAIM NO. 3 AND CLAIM NO. 4  OF THE UNITED STATES DEPARTMENT OF EDUCATION, EACH FILED ON OCTOBER 25, 2012. (Docket 73)

To:    US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

**Claims Filed on:  October 25, 2012**

Now comes Debtor, by counsel, and objects to the proofs of claim of the U S Department of

Education for the reasons set forth in the memorandum contained here.

Respectfully submitted,

/s/Robert J. Morje_____
Robert J. Morje            (0020210)
McInturff & Morje LLC
Attorney for Debtor
PO Box 6545
Columbus, Ohio  43206
(614) 464-2235
(614) 588-8826 (fax)
robert@judithmcinturff.com

### MEMORANDUM IN SUPPORT

This Chapter 13 case was filed on October 3, 2012 and the plan was confirmed on January 18

2013.   Debtor was an above median debtor and the plan as confirmed provided for a dividend of

20% to unsecured creditors.

The claims of the Department of Education  designated as Claims No. 3 and 4 related to the

education of Gary M Thomas, the now deceased son of the debtor.  Those claims were filed in the

amounts of $ 38,529 and $ 26,323 respectively and have received payments through the Chapter 13

Plan.

     As a result of the demise of Mr. Thomas, Great Lakes, the loan servicer, has forgiven some if

not all of the debt represented by claims 3 and 4.  Attached hereto is the letter from Great Lakes to

Ms. Thomas advising her of the tax consequences of said forgiveness and attaching thereto a Form

1099-C for tax year 2016 reflecting a taxable event to her in the amount of $ 58,036.29.

Notwithstanding this debt forgiveness, the creditor has failed to withdraw or adjust either of the

claims referenced above, and continues to receive payments on debt that has been "forgiven."

     On the facts set forth above, Debtor respectfully submits that the claims of the Dept of

Education should be disallowed.

     Respectfully submitted,

     /s/Robert J. Morje
     Robert J. Morje     (0020210)
     McInturff & Morje LLC
     Attorney for Debtor
     PO Box 6545
     Columbus, Ohio  43206
     (614) 464-2235
     (614) 588-8826 (fax)
     robert@judithmcinturff.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CASE NO.: 12-58583** |
| **BEVERLY ANN THOMAS** | **:** | **CHAPTER 13** |
| **DEBTOR** | **:** | **JUDGE PRESTON** |

**NOTICE OF AMENDED OBJECTION TO CLAIM**

Beverly A Thomas has filed an amended objection to your claims in the bankruptcy case.

**Your claims may be reduced, modified, or eliminated.**
**You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy**

case.  **If you do not have an attorney, you may wish to consult one.**

If you do not want the court to reduce, modify or eliminate your claim then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to claim**, you must:

File with the court a response explaining your position, by mailing your response by regular U.S. mail to:
170 North High Street, Columbus, Ohio  43215

OR your attorney must file a response using the court's ECF System.
The court must **receive** your response on or before the date above.

You must also send a copy of your response either by (1) the court's ECF System or by (2) regular U.S. mail to:
Robert J. Morje, Attorney at Law, PO Box 6545, Columbus, Ohio  43206
Office of the U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio  43215
Frank Pees Chapter 13 Trustee, 130 East Wilson Bridge Road,  # 200 Worthington OH 43085

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order reducing, modifying, or eliminating your claim.


Dated:  \_\_7-25-2017\_\_\_                       /s/Robert J. Morje_____
                                              Robert J. Morje          (0020210)

**I hereby certify that on July 25, 2017, a copy of the foregoing AMENDED** OBJECTION TO CLAIMS NO. 3 and 4  OF THE US DEPARTMENT OF EDUCATION Filed 10-25-12 **was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:**

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
Frank Pees    trustee@ch13.org
Judith M McInturff    court@judithmcinturff.com, MacandMorj@gmail.com
Robert J Morje    rmorje.attorney@gmail.com, MacandMorj@gmail.com


**and on the following by ordinary U.S. Mail addressed to:**

| | | |
|---|---|---|
| Beverly Ann Thomas | Claims Filing Unit | US Department of Education |
| 191 Vista Drive | PO Box 8973 | 2401 International Lane |
| Gahanna OH 43230 | Madison WI 53708-8973 | Madison WI 53704-3121 |
| | | |
| US Department of Education | US Department of Education | US Department of Education |
| 401 S State ST Rm 700F | Direct Loan Payment Ctr | PO 105028 |
| Chicago IL 60605-1229 | PO 530260 | Atlanta GA 30348-5028 |
| | At;lanta GA  30353-0260 | |
| | | |
| US Department of Education | | |
| PO 5609 | | |
| Greenville TX 75403-5609 | | |


                                              /s/Robert J. Morje_____
                                              Robert J. Morje          (0020210)